**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY LEE WILEY, III,<br><br>  Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER ROSALES, et al.,<br><br>  Defendants. | Case No. CV 19-1837 MWF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, Defendants' Motion to Dismiss, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's so-called "Second Amended Complaint," (Dkt. No. 43), which the Court construes as objections to the Report and Recommendation. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss (Dkt. No. 33) is GRANTED IN PART AND DENIED IN PART. The First Amended Complaint is dismissed for violations of Federal Rules of Civil Procedure 8 and 12(b)(6), but with leave to amend. Dismissal is without

1

1  prejudice to Defendants' right to assert a qualified immunity defense in subsequent
2  proceedings.
3      2.    Plaintiff is ORDERED to file a "Revised" Second Amended Complaint
4  within thirty days of the date of this Order if he wishes to pursue his claims.  **A blank**
5  **form civil rights complaint is attached for Plaintiff's convenience.**  If Plaintiff fails to
6  file a "Revised" Second Amended Complaint by the Court's deadline or notifies the Court
7  within the same period of his election to stand on the claims in the defective First
8  Amended Complaint, this action will be dismissed with prejudice without further notice.
9      The Clerk shall serve copies of this Order on Plaintiff at his address of record and
10 on counsel for Defendants.
11     IT IS SO ORDERED.

13 DATED: October 2, 2020

            _____
            MICHAEL W. FITZGERALD
            UNITED STATES DISTRICT JUDGE