JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE WILEY, III, | Case No. CV 19-1837 MWF (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORRECTIONAL OFFICER ROSALES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 27, 2021

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE